American Law Book Company, appellee, v. Myer J. Stein, appellant. Gen. No. 27,790.

Claim for payment for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 3, 1923.

Myer J. Stein, *pro se*, for appellant. Baker, Holder and Schmidt, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

N. Simon et al., appellees, v. Cornelius T. Allen, appellant. Gen. No. 27,805.

Action of forcible entry and detainer. Judgment for possession by plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923.

Nichols & Nelson, for appellant. Harold A. Fein, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

John J. Ryan, appellee, v. Charles E. Frazier et al., as Civil Service Commissioners, appellants. Gen. No. 28,234.

Petition for *certiorari* against Civil Service Commissioners of Chicago to certify their proceedings involving petitioner's discharge as a Civil Service employee. Return filed. Motion to quash return sustained. Motion to quash writ and dismiss petition denied. Appeal from the Circuit Court of Cook county; the Hon. P. L. Sullivan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed June 20, 1923. Rehearing denied July 3, 1923.

Samuel A. Ettelson, Corporation Counsel, for appellants; Gilbert G. Ogden, Assistant Corporation Counsel, of counsel. Michael F. Ryan, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Hulda Hensel, appellee, v. Metropolitan West Side Elevated Company, appellant. Gen. No. 27,678.

Suit for damages for personal injuries sustained in train collision. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Affirmed. Opinion filed June 20, 1923.

Addison L. Gardner and Carroll H. Jones, for appellant. H. A. Barnhardt and Clinton A. Stafford, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Theo. Nemoyer, appellee, v. Hotel La Salle Company, appellant. Gen. No. 27,706.

Suit for damages for personal injuries by being struck by a taxicab. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed and remanded. Opinion filed June 20, 1923.